SARAH E. MINSHULL, Respondent, *v.* THOMAS J. WASHBURN, Appellant, Impleaded with Another.

WILLIAM J. MINSHULL, Respondent, *v.* THOMAS J. WASHBURN, Appellant, Impleaded with Another.

*Minshull* v. *Washburn,* 89 App. Div. 633, affirmed.
(Argued December 8, 1904; decided December 30, 1904.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1904, affirming judgments in favor of plaintiffs entered upon verdicts and orders denying motions for new trials.

*David Thornton* and *Thornton Earle* for appellant.

*William J. Courtney* for respondents.

Judgments affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.